IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.  12-cv-01693-WYD

WILLIAM ARELLANO,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Pueblo Couny District Court case number 03CR383, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

(1)  Clerk of the Court
     Pueblo County District Court
     320 W. 10th Street
     Pueblo, Colorado 81003;

(2)  Assistant Solicitor General
     Appellate Division
     Office of the Attorney General
     1525 Sherman Street
     Denver, Colorado  80203; and

(3)  Court Services Manager
     State Court Administrator's Office
     101 W. Colfax, Ste. 500
     Denver, Colorado  80202.

Dated:  January 9, 2013.

                                                          BY THE COURT:

                                                          s/ Wiley Y. Daniel
                                                          WILEY Y. DANIEL,
                                                          SENIOR UNITED STATES DISTRICT JUDGE