IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01693-WYD

WILLIAM ARELLANO,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Applicant's Motion for Permission to File Traverse to Respondents' Answer to Habeas Application and For Enlargement of Time to Do So (ECF No. 23) is DENIED as moot. Applicant timely filed his Traverse to Respondents' Answer to Habeas Application (ECF No 24) on February 8, 2013.

Dated:  March 6, 2013