IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 12-cv-01693-WYD

WILLIAM ARELLANO,

    Applicant,

v.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## SECOND ORDER FOR STATE COURT RECORD

On January 9, 2013, Respondents were ordered to file with the Clerk of the Court a copy of the complete record of Applicant's state court proceedings in Pueblo Couny District Court case number 03CR383.  Respondents have failed either to submit the requested record or to communicate with the Court why they are unable to comply with the January 9 Order for State Court Record.  Accordingly, it is

ORDERED that Respondents respond within fourteen days as to why they are not able to comply with the January 9 Order for State Court Record or, in the alternative, file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Pueblo Couny District Court case number 03CR383, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of

this order to the following:

    (1)    Clerk of the Court
            Pueblo County District Court
            320 W. 10th Street
            Pueblo, Colorado 81003;

    (2)    Assistant Solicitor General
            Appellate Division
            Office of the Attorney General
            1525 Sherman Street
            Denver, Colorado  80203; and

    (3)    Court Services Manager
            State Court Administrator's Office
            101 W. Colfax, Ste. 500
            Denver, Colorado  80202.

DATED March 6, 2013.

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          WILEY Y. DANIEL
                          SENIOR UNITED STATES DISTRICT JUDGE