IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2014

JEFFREY P. COLWELL
CLERK

Civil Action No. 12-cv-01693-WYD

WILLIAM ARELLANO,

    Applicant,

vs.

ANGEL MEDINA, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: July 16, 2014.

                              BY THE COURT:

                              /s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 12-cv-01693-WYD

Pueblo County Court
Pueblo County Judicial Bldg.
320 West 10th St.
Pueblo, CO 81003

William Arellano
# 80812
Limon Correctional Facility (LFC)
49030 State Highway 71
Limon, CO 80826

Ryan Alan Crane - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __7/16/2014__.


                                        JEFFREY P. COLWELL, CLERK

                                        By: s/ D. Berardi
                                                Deputy Clerk